■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVENDRA JAIRAM, Appellant, v WESLEY BEDNOWSKY, Respondent. [745 NYS2d 452] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Seidell, J.), dated April 20, 2001, which denied the petition.

Ordered that the judgment is affirmed, without costs or disbursements.

By pleading guilty, the defendant forfeited his claim that his right to a speedy trial under CPL 30.30 was violated (*see People v O'Brien,* 56 NY2d 1009, 1010; *People v Suarez,* 55 NY2d 940; *People ex rel. Deuel v Campbell,* 188 AD2d 754). Santucci, J.P., Smith, Krausman, H. Miller and Adams, JJ., concur.

---

(July 8, 2002)

■ KENNETH BERGSTOL et al., Appellants, v TOWN OF MONROE, Respondent. [744 NYS2d 712] —In an action, inter alia, for a judgment declaring that Local Law No. 2 (2001) of the Town of Monroe is illegal, the plaintiffs appeal from an order of the Supreme Court, Orange County (Slobod, J.), dated September 20, 2001. Motion by the respondent to dismiss the appeal on the ground that it has been rendered academic. By decision and order of this Court, dated April 30, 2002, the motion was held in abeyance and was referred to the justices hearing the appeal for determination upon the argument or submission thereof.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is

Ordered that the motion is granted; and it is further,

Ordered that the appeal is dismissed as academic, without costs or disbursements. Santucci, J.P., Altman, S. Miller and Goldstein, JJ., concur.